COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| The State of Texas, | § | No. 08-13-00119-CR |
| State, | § | |
| | § | Appeal from the |
| v. | § | County Criminal Court No. 2 |
| Jeffrey Gendron, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130C00284) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **March 20, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brock Benjamin, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **March 20, 2014.**

IT IS SO ORDERED this 25th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.